CLEAR FORM

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Walter Allen
PLAINTIFF

438 Hart st. Apt.
Address (No Post Office Boxes)

Brooklyn N.Y 11221
City State Zip Code

VS.

US Dept of Education
DEFENDANT

400 maryland Ave SW
Address (No Post Office Boxes)

Washington DC 20202
City State Zip Code

Case: 1:23-cv-03849 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/21/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: [x] Yes [ ] No

COMPLAINT

All finalized mandated. associated. stipulated Related to approved my Title V-1 Complaints for 900-zillion $ 900-zillion times: Base on lack of duties by Defendant: such as: All and. each Teachers, parents, students must pay. plaintiff 900 zillion $ 900 zillion times. Base on Teachers, Students + parents didn't signed US. D-O-E. discharged forms to 2003 for students not completing public High. Schools: But plaintiff and my son Samuel Allen signed ? HS Discharged form 12-11-01 to 2003 at Alternative HS. for son didn't complete public High Schools wit (Catch. Info) twit = pymts for plaintiff. Defendants 202-354-3000 202-606-0125 - 202-357-6406 - 202-275-5000 Federal guidelines: 202-579-3011 Finalized Jurisdictions

Deadline today date 12-18-2023 wit google policy
Walter Allen Public opinions
Original Signature (in pen)

Don't Apply
Name (if applicable, Prisoner ID No.)

Don't Apply
Address or Facility Address

Don't Apply
City State Zip Code

RECEIVED
DEC 21 2023
Clerk, U.S. District and Bankruptcy Courts

Rev: 01/10/2023
*Use additional pages as needed

REGISTRY INFORMATION SHEET

****** ASTERISKED AREAS ARE REQUIRED ******

1-877-382-4357 - 1-888-5955 5177

**1) Petitioner (YOU)** Walter Allen

**Name: (First) Walter (MI) (Last) Allen

Alias or Nickname: (First) (Last)

**Address: (Street) 438 Hart Street Apt # pvt. 3rd floor

(City) Brooklyn (State) N.Y (Zip) 11221 (County) Kings

** Do you want to keep your address confidential (private) from the person you are filing against? ☐ Yes ☑ No

Phone (eve): (347) 524-3108 Phone (day): ( ) Same

**Date of Birth: 06/08/1960 **Sex: ☑ Male ☐ Female Soc. Sec. No.: 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

**Race: ☐ White ☑ Black ☐ Native American ☐ Asian / Pacific Islander

**Ethnicity (Select One): ☐ Hispanic ☐ Non - Hispanic ☐ Unknown

Height: 6ft-2 " Weight: 210 LBS Eye Color: Brown Hair Color: Black & gray

**2) I am related to the person I am filing against as follows:** ☐ Parent ☐ Child ☐ We are related by Blood or Marriage (describe) ☐ Married ☑ Divorced (pending. S1099-2014) ☐ We have a child in Common ☐ I am a Peace / Police Officer ☐ Other Intimate Relationship (describe) Disabled Correction Officer

**3) Respondent (THE PERSON YOU ARE FILING AGAINST)**

**Name: (First) Yvette (MI) (Last) Monroe

Alias or Nickname: (First) (Last)

**Address: (Street) 438 Hart Street. Apt # pvt 2nd

(City) Brooklyn (State) N.Y (Zip) 11221 (County) Kings

Phone (eve): (347) 524-3108 Phone (day): (347) 497-0083.

**Date of Birth: 08/26/60 **Sex: ☐ Male ☑ Female Soc. Sec. No.: 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

**Race: ☐ White ☑ Black ☐ Native American ☐ Asian / Pacific Islander

**Ethnicity (Select One): ☐ Hispanic ☐ Non - Hispanic ☐ Unknown

Height: 5ft 6" Weight: 160 LBS Mother's Maiden Name: Edna Kidd

License Plate Number: DHW7159 State: N.Y Eye Color: Brown Hair Color: Black

Employer's Name: City of N.Y Police Dept Drivers ID: Don't know. State: N.Y.

Employer's Address: (Street) one Centre Street Hours Worked: 80.00 Bi weekly

(City) N.Y (State) N.Y (Zip) 10007 (County) Kings

**4) List all of the CHILD(REN) under the age of 18 living in your household and your children under 18 living elsewhere:**

| Name | D.O.B. | Sex | Relation to You / Resp. | Lives with? |
|---|---|---|---|---|
| None | / / | M F | / | |
| | / / | M F | / | |
| | / / | M F | / | |
| | / / | M F | / | |

☐ I have no child(ren) and no other child(ren) live with me

*All publicly witnessed sex endangerment with 11-22-88 - Y. Monroe & caused Divorce S1099-2014 with S1099-2014 - 28445-04

**5) Briefly describe what respondent did or threatened to do to you, your child(ren), or member(s) of your household, and why you need an Order of Protection (include date, time, place, and physical injury, if you received medical treatment, and if any weapons were involved including household objects):** **MOST RECENT INCIDENT** 02-04-05: warrant for Domestic Violence

Marriage & Divorce. Actions. Index #28445-04 (discontinued). pending divorce action. S1099-2014 faulty 911 complaints as to petitioner is schizophrenic. All related to 11-22-88. Respondent kissing and sexually active with Inmates and Inlaws. Eleclata willis. Carmel Mayesis. Melvin. Domestic violence charges 2003 SCR0658670. Case Dismissed. Petitioner. respectfully request For Yvette Monroe. Respondent. Inlaws (willis) siblings. nieces nephews be disallowed at petitioner and respondent residence 438 Hart St Bklyn N.Y 11221 (forever) order of protection be in effect for petitioner's safety & added neighbors & friends

Pet. Walter L. Allen Dated 05-18-2015. SS. 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 Petitioner.

Respondent. Yvette Monroe SSN 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 with the info. Donnie willis

[Margin notes:] disabled tax payments; W. Allen parties at Kings; Rumors of strip parties at homes @ Bar...; Seven 8 complaints (718) 222-1811 & others; C.O. Ron Wright and Monroe ...; Associate; Correction officer Kl. 3-02; unemployment 550.000.000 dollars to ...

Cointen more than one time ... moreover ... this my Mag complaint Bailey + Bell physical force ... Plused [illegible] @ 1st flea Bath ... caused stoppage

Were any household members present during the incident? ☑ Yes ☐ No If Yes, who? N.Y. P.D 81st Pct. Tele# 718-579-0411 Help ... Ext 718-963-8774 Respondent and Co. Workers ... Sanitation ... Social. Contact at 938 ... DV. Hot Line Complaint 718 874-0411 ... IAB 2013 10669 212-741-8401 ... 438 Petitioner ... 3rd Floor ... SEP contact ... Respondent ... motor vehicle

MOST SERIOUS INCIDENT

What is the WORST/MOST SERIOUS thing the Respondent ever did to you? Briefly describe what the Respondent did or threatened to do [include the date, time, place, any physical injury, if you received medical treatment and if any weapons were involved (including household objects)]. If you don't remember the date, state the year and month. On (approximate date), ________ the Respondent

CO-T Pizza and SEP contact with Y. Monroe ... Head sandwich ... Co. Nelson ... Friday 05-18-2018 ... NONE ... Petitioner Walter L Allen ... Didn't know. COS. Duncan. Bailey ... and Bell had SEP contact with ... 2014 ... Y. Monroe

Cle Tate ... Nurse ... PS. 251 ... PS noted Respondent smoke and drank Liquor with Kenny ... at ... in Basement ... PS. 251 ... 22 year old male. Both SEP contact dancing Jamaican style. Butt ... on their ... penises

What is the approximate date of the first incident: Cle Tate on Front side

Has the respondent ever violated an Order of Protection issued on your behalf or one issued on behalf of a family member? ☐ Yes ☑ No if Yes please describe ________

2005KN068670 - 10-22-05 + 2004KN064488 - 10-29-04 DWI.

) Have you filed a criminal complaint with the Police concerning these incidents? ☑ Yes ☐ No if Yes, please describe the status of the case Complaint Report to IAB 2013-10669 212-741-8401 ... 1-877-382-4357 ... # 5955 8177 and 81st Pct 718-574-0411

Does the Respondent have a gun? (Check one) ☐ Yes ☑ No If yes, answer 'a' and 'b' below.

a. The Respondent has a ☐ pistol permit / gun license ☐ pistol permit / gun license pending ☐ unlicensed gun

b. The Respondent carries a gun for his / her job as follows: no

. Has the Respondent ever threatened you, your children or any members of your household with the firearm described above or any other firearm? ☐ Yes ☑ No briefly describe: Refer to question 10. above Tate

) Are there any other current court cases pending between you and the respondent? ☑ Yes ☐ No if Yes please describe the status of the case ________

) The respondent has the following criminal convictions: 2005KN068670 Domestic Violence Disposition Dismissed

) Has the respondent ever injured or threaten to harm any pet in your household? ☐ Yes ☑ No if Yes please describe the incident and list the pet's name and what type of animal your pet is: ________

) As the petitioner you have the right to ask the court to require the respondent to follow certain conditions of behavior. What would you ask the court to include in any order you may receive? Y. Monroe Hands on Fireman neck ... Romantic ... at 175 ... St Pink ... Y. Monroe Fireman ... signed paper noted Y. Monroe @ 3rd floor Bed Pink ... 718-574-0411 ... P.O.S

Exclude the Respondent from the place that you live ☐ No phone calls or beeper contact

Do not menace, harass or assault you or the children ☐ No contact with you or the children by others

No e-mails, instant messaging, text messages to you or the children

Do not interfere with your care and custody of child(ren)

ay away from: ☐ you ☐ your home ☐ your job ☐ your school ☐ your child(ren) ☐ your child(ren)'s school

your child(ren's) day care ☐ your pets ☐ other places Bed Room Restriction: disallowed

other Access to all other parts of property @ family class

Dismissal time 3:30 ... Bricks ... PS. 251 ... wit. 22 year old ... Y. Monroe ... Butt ... PS. 251 ... Cle Tate ... 1st meeting with ... PS 251 ... she kissed Petitioner ... lips

For office use only

Ch w. All US pilots + ... plane ... helicopters Applications. also Subjects Applaud by D.V. 2005KN068670 - 2004KN064488

Fr. Walter Allen
438 Plant St Apt
Brooklyn NY 11221
allenwalter87 @gmail
Cell 347-564-0357

To US District Court
District of Columbia
333 Constitution Ave
NW-Washington DC
20001 Rm 1225

Today date 12-18-2023
Deadline dated 12-18-2023
Subject all forwarded mandated associated stipulated related to approved all my info + monies fr 10-11-01 to 12-18-2023 by 718-595-2600 - HH-1 + Medicare Health Ins.

Subjects approved by all my USA-Complaints and Atch papers fr 10-11-01 to 12-18-2023 as Title VI Complaints connected to my Complaint dated 12-11-2023 at 202-(805-0125 office

by Judicial misconduct by 202-357-6406 rejecting all my future Complaint.

Subjects approved by Captionizat[illegible] Ionals. Wins by Plaintiff + defendants. w/t 202-354-3000 202-479-3011. 202-357-6406

by Judicial misconduct 202-275-8000 didn't ans my info fr 11-27-2023 to 12-18-2023

Use all sworns written statements USA

USA Govt Program SJC is refused to forward by my info fr 10-11-01 to 12-18-2023 + Google policy before 2023

Subjects approved my disagreement. NYC Bde. said I had a 3rd grade reading + math level throughout 3rd grade to 12th grade I take yearly math + reading test (1) time before 1979 and teacher collected test before (1) finished in 3rd grade PS 113. PS 151. 296 Annex. Halsey 296 (3) yrs 0 Bush I didn't take yearly reading + math test ev 1974 (1) take reading test for HS Diploma in January 1979 w/t Sorano Cole + Gibson (3) Lady teachers

Clean US Cost + Bos psychological test

202-357-6406 is a menace amount is approved by non finalised. Office and math class education adding subtracting multiplications divisions. 1st Algebra percentages - decimal points Comas. Word #s. 5 x 5 = 25. add (5) time 5 + 5 + 5 + 5 + 5 = 25

Statuses (2) 347 forwarded testimony of witnesses by refused Any Crimes

Subjects approved by 718 963-5774 - Surveils + write Stampdancery

Use All Arrestees Detainees - Inmates 1st initial written statements, which can be used in any appeals suggestions or questions

Did most females of different races. Stampdance for white and Italians - PR. males based our info subjects approved

All US employers + non employees must have same info as me decorated to stop. natl origin rules + regs. Applied. my req info is W 2 form. Bor 1 Dt HS Diploma and (PPS) political party states. my Bor 1 D# is 305626084 + PPS is Independent - Society forward. Base on my req info fr 10-11-01 to 12-18-2023 w/t Connected of my info to my Complaint dated 12-11-2023 at office 202-805-0125

Subjects approved by my ideas. w/t Internets. Intranets. Facebook Cameras public opinions and Computer operators (Computer) w/t dates fr 10-11-01 to 12-18-2023

Equality all people ocs PR - Tenants must pave 900 billion $ for rents + mortgage for not having my Req info.

Walter L Allen 0480-7044

FL-347-864-0557 To 202 354-3000

Subjects approved by my title VI Complaints.. Base on Captions 202-354-3000. 202 357-6446 and 202-474-3011 Owen because of non discriminations and USA Educations + google policy but Federal guidelines

Today deadline Date 12-18-2023 Subject All forwarded mandated associated stipulated related to approved all my into fr 10-11-01 to 12-18-2023 by US District Cts 202-354-3000 and 202-805-0175. Base on at time Complainant offices didn't retrieved or ans. Complaints and Complainant About my Complaints.

Subjects approved by. People on USA talk about and made money for my stuttering problem. With DOE. FCC students teachers non students family friends + Part of Realities Internets Intranets

Subjects approved. Cle all USA C.O.S + P.O.S psycho logical testing before the Jobs under Federal guidelines

Subjects approved by my Ideas. Specific Ideas. all College students pay for tuitions by W-2 low Income + public Assistance Income: Tenant pay Rents by public assistance (PA) P-A can pay for College

Subjects Approved by Federal guidelines. Base on as a Employee + voter, taxpayer Complainant. I was non reps & misreps

Stop SSI Benefits Base on Req to pay SSA taxes

Subjects approved by Cle all USA Caretakers Employees applications + Light. water GAS. monthly statements: the names that pays for Utilities SVCS Cle owners-titles Applications. Cle Applications for Lights gas + water svcs

Subjects Approved by Questions @ ans. Did people sell books for my Ideas on Internets + Intranets - 2003 to 2006 Base on my nicknames + Childhood stories

? Fraudings Sweepstakes I paid fee Payments by my Cks 644775-71. 2003-2006 No promissory note payments. Now pay me 644775-71-Acd 50-7599 900 zillion & 900 zillion times for each promissory notes by 1 sweepstakes

Publishing Discriminations Diary of a Black woman Base on word definitions Women can be males or females + Homosexual life styles (3) different Lifestyles

Subjects approved by Bad svcs + policy MTA 1st Complaint# 5-11-3-11 9-11.

Subjects approved by W2 taxes Reci

Subjects Approved By. 202-354-3000 + 202-805-0175 + my Complaint dated 12-11-2023

Wanda Allen 0830-7344

Counsel all USA CACASAS # Forwarded [illegible]

USA of Info is all: Is Cont related forwarded Bully [illegible] (STALKING)

Attach CAR Subjects approved by wife friends [illegible] Carbonized [illegible] MTA Owners [illegible] with my [illegible] 212-233-3800

Subjects approved by W2 forms Benefits Forwarded [illegible] 397 643-3800 got my W2 forms for W2 taxes

Fn-392-864-0557 to 202-354-3000 Deadline date 12-18-2023

Today 12-18-2023 - Deadline Date

Ck all Liquor Licenses-Applications

Non-Equality USA Society People (N) USA is Exctionals. Jobs lost for not having. Same paper as me-plaintiff Complainant-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 with papers req W2 HS Diploma. Bus ID and (PAS) political party status

Subject all reviewed, mandated associated-stipulated-related to approved me-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. Base on IRS mes mortgage payments. IRS processed me lower mortgage interest as a active-employee not as a retiree. Why - Why the monies I pay yearly for light gas + water is not refunded to me on my tax returns (IRS): Base on above info is we pay me 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 USA with old tax paper all my monies fr 10-11-01 to 12-18-2023 with captionizationals plaintiff + defs

Captions wins by plaintiff + defs

Req captionizationals plaintiff + defs wins

Non-Equality-Society.USA all US Law-Enforcement Officers and non 7 is not Fire Arm. Requalified-Retrained + didn't take deadly fire class on a yearly basis: results. Fr above info exctionals Jobs lost to pay me-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 $100-Zillion $1 100-Zillion times for me 061507044 yearly Fire-Arm. Requalified-Retrained + take deadly fire-class-every year at Fire Arm. Range @ Bronx NY. Rodsneck Ck all above people Attendance sheets for yearly Fire arms Requalifications + Retraining

MTC DOC. admin - A exctionals Jobs lost + pay me-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 1984 2022 100 Zillion $1 100-Zillion times Base on personal Discrimination at Ck-CO Bill Afayne + Ke banicla. At M.DC + Rodsneck: Joel. Ck involved parties. Why. CO Kebanicle said to me ① didn't requalified in 2001 and ① remembered I did Fire Arm-Requalifications-Retrained

CO. Bill Afayne marked my target paper @ 2001 - Did you Bill Afayne talk to CO Kebanicle or somebody else fr Rodsneck to CO. Kebanicle

All my info, monies is approved fr 10-11-01 to 12-18 2023 Base on At times the complaint offices didn't notified complainees and ① complainant 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

Captions wins by plaintiff + defendants with 202-354-3000

Bet all my monies and info. that 38 gun has (6) parts - sights - barrel - chambers trigger handle (6) part - opening pin

Non-Equality All parents didn't pay. Child support + arrears. the same as me-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. As a results all non-child support payers - is exctionals Jobs lost and pay me-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 100-Zillion $1 100-Zillion times with HRA + 346 Broadway NY 10013

Sheet of Attendance at Rodsneck Fire Arm Range yardage at fire arm range - 3 ft, 7 ft 15 ft - 25 ft water allow

Add or corrected all my info fr 10-11-01 to 12-18-2023 to my complaint dated 12-11-2023 at court FOIA 202-805-0775 OFFICE

Measuring tapes captions wins by plaintiff + defs

Owned all armors. wheels, tires. Bolts and screws bolts: Base on USA Requal 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 by plaintiff + defs captions wins documentations

Fr Walter Allen
Caption wins - plaintiff
438 Plant St ...
Caption wins - plaintiff
Brooklyn NY 11221
Allen Walter 83 @ gmail
Cell - 347 - 564 - 0357

All my Info for Walter to 12-18 2023 is connected to my complaint dated 12-11-2023 At 212-805 0175 office forwarded

Atch papers for 12-18-2023

Subject Into with by google Federal guide lines policy

To US District Court
District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001
Attn Room 1225
Caption wins - 202-354-3000
Tel att 202-354-3000

Cle USA Inmates Talk Talking set kissing at Jobs. violated Federal guide lines

Today 12-18-2023 Deadline Date 12-18-2023
Subject All Foreign Federal guide lines mandated Associated stipulated Related to approved authorities Can't contest my Title VI Complaint. after deadline Date 12-18-2023: All US Congress: 202-479-3011 + who gov employees is emotionals. Jobs lost + pay me plaintiff. Complainant. Dol 50-7044 900-zillion. @ 900 zillion times: Base on wrong Behavior: US ambassadors Represent foreign people But don't rep USA citizens why.

(Non-equality of programs svcs.)
Adamant Discrimination subjects approved non-equality by who gov 202-479-3011 + US Congress. Non-employees approved US govt rent programs: Employees wasn't approved rent program svcs

SSA discrimination. Non-equality program svcs: Non-employees for S.S.I. - Supplement. Security Income Benefits: But employees pay. SSA taxes and don't get SSI. Benefits for SSA

Questions with Ans did USA + foreign with my Info fr 10-11-01 to 12-18-2023 on Internets and Intranets - world-wide communications @ (my Facebook) Info. was I disliked for USA Education. people read on Internets Intranets + Facebooks + etc. (my Ideas)

All my monies + Info fr 10-11-01 to 12-18-2023 is approved under Federal guidelines

(7) US citizen need foreign ambassadors Rides @ USA for an Independent @ W-2. Bus ID#. H.S Diploma Society my Bus ID# is 305626087 Verified by 718-797-880 my Independent political party is Independent But no Democracy. Society. All people @ USA is emotionals Jobs lost + pay me - Dol 50-7044 900-zillion. @ 900-zillion times Base on not having same paper as me - dol 50-7044 - W-2 Bus ID # H.S Diploma + political party state (P.P.S) my P.P.S is Independent Forwarded

Walter Z allen 0880
Dol 50-7044 All Rule
G.S. Reg 0880 Fairy + 1009
O.J + Academy Info

(Margin notes:)
202-479-3011 Caption wins under Rule 24
Approved by R.O.I.A.L.
Caption wins w/ plaintiff + Defs
CAptions wins by
Non-Fairwords with Cle Informants →
Accepting all Info fr confessionals @ USA
Cle DCAS: monies (test) Don't Cle test takes ID.S
Helped with Info to my family at world street date 05-18-2015 no body Attach. talk to write about
Sent to LOL333 Cell
Caption wins by plaintiff + Defendants
My Captions - wins by my Reg Documents by OBSO-70440