# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5094**  **September Term, 2024**

**1:23-cv-03849-UNA**

**Filed On: January 31, 2025** [2097813]

Walter L. Allen,

      Appellant

  v.

United States Department of Education,

      Appellee

## O R D E R

By order filed October 3, 2024, appellant was directed to pay the $605 filing and docketing fee to the Clerk of the District Court within 30 days. To date, no payment has been received. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by March 17, 2025.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                              BY:    /s/
                                              Elbert B.J. Lestrade
                                              Deputy Clerk